PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
Dare Law, State Bar No. 155714
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017-5418
(213) 894-4925 telephone
(213) 894-2603 facsimile
e-mail: dare.law@*usdoj.gov*

FILED & ENTERED

SEP 11 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re:

MARY ANN PARMALEE

    Debtor.

Case No.: 2:09-bk-26810 TD

Chapter 11

ORDER GRANTING MOTION TO DISMISS CASE WITH JUDMENT IN FAVOR OF THE UNITED STATES TRUSTEE

Date: September 02, 2009
Time: 10:00 a.m.
Ctrm: 1345

    This United States Trustee filed a Motion to Dismiss Case under 11 U.S.C. Section 1112(b) of the Bankruptcy Code. In accordance with that Motion, for the reasons set forth on the record, it is hereby

    **ORDERED THAT** the case is hereby DISMISSED and it is

///
///
///
///

1

**FURTHER ORDERED** that the United States Trustee is granted a judgment in the amount of six hundred and fifty ($650.00) for unpaid United States Trustee quarterly fees. Quarterly fees continue to accrue until an order is entered and are assessed interest pursuant to 31 U.S.C. §3717 if not paid timely

###

DATED: September 11, 2009

_____
United States Bankruptcy Judge

| In re: MARY ANN PARMALEE. | CHAPTER | 11 |
|---|---|---|
| Debtor(s) | CASE NUMBER | 2:09-bk-36810 TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

The foregoing document described as: ORDER GRANTING MOTION TO DISMISS CASE WITH JUDMENT IN FAVOR OF THE UNITED STATES TRUSTEE

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On September 04, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**SEE ATTACHED SERVICE LIST**

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 04, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.* **Upon filing I will be giving a field document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**
The Honorable Thomas Donovan
Courtroom 1345
255 E. Temple Street
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 04, 2009 | Stephanie Hill | /s/ Stephanie Hill |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| In re: MARY ANN PARMALEE. | CHAPTER | 11 |
|---|---|---|
| Debtor(s) | CASE NUMBER | 2:09-bk-36810 TD |

## ADDITIONAL SERVICE INFORMATION

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
NONE

SERVICE BY MAIL
**Mary Ann Parmelee**
817 La Porte Dr
La Canada Flintridge, CA 91011

**Bradley E Brook**
Law Offices of Bradley E Brook
523 W 6th St, Ste.215
Los Angeles, CA 90014

**Daniel J Weintraub**
Weintraub & Selth APC
12121 Wilshire Bvd
Ste 1300
Los Angeles, CA 90025

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| In re: MARY ANN PARMALEE. | CHAPTER | 11 |
|---|---|---|
| Debtor(s) | CASE NUMBER | 2:09-bk-36810 TD |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4)** **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): ORDER GRANTING MOTION TO DISMISS CASE WITH JUDMENT IN FAVOR OF THE UNITED STATES TRUSTEE

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.** **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**SEE ATTACHED SERVICE LIST**

☒ Service information continued on attached page

**II.** **SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**SEE ATTACHED SERVICE LIST**

☒ Service information continued on attached page

**III.** **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

**SEE ATTACHED SERVICE LIST**

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

5

| In re: MARY ANN PARMALEE. | | CHAPTER | 11 |
|---|---|---|---|
| | Debtor(s) | CASE NUMBER | 2:09-bk-36810 TD |

**ADDITIONAL SERVICE INFORMATION**
**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

dare.law@usdoj.gov
bbrook@bbrooklaw.com – attorney for Debtor
ecfcacbrs@piteduncan.com
dan@wsrlaw.net

SERVICE BY MAIL
**Mary Ann Parmelee**
817 La Porte Dr
La Canada Flintridge, CA 91011

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**