# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Mary Ann Parmelee

**BANKRUPTCY NO.** 2:09−bk−26810−TD

**CHAPTER** 11

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−2257
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** N/A

**Address:**
817 La Porte Dr
La Canada Flintridge, CA 91011

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

Dated: September 11, 2009

For The Court,
**Jon D. Ceretto**
Clerk of Court

(Form ntcdsm Rev. 03/09) VAN−24

**31 / PPC**